PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK D. MURPHY, | ) | |
| | ) | CASE NO.  4:22-CV-1936 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORTHEAST OHIO CORRECTIONAL, | ) | |
| CENTER, *et al.*, | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 5] |

Pending before the Court is Plaintiff's Motion to Reschedule Telephonic Case Management Conference.  ECF No. 5.  Plaintiff's Motion is granted.

In accordance with the Case Management Conference Scheduling Order, the Court hereby orders the parties to confer and agree on three proposed dates for the rescheduling of the Telephonic Case Management Conference.  ECF No. 4 at PageID #: 32.  Parties are then to jointly notify the Court of the agreed upon dates.  As a reminder, the Court requires personal participation of all parties at the Case Management Conference, even when the conference is telephonic.

IT IS SO ORDERED.

January 6, 2023                                        */s/ Benita Y. Pearson*
Date                                                          Benita Y. Pearson
                                                                 United States District Judge