PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| FRANK D. MURPHY, )<br> ) | CASE NO.  4:22-CV-1936 |
| Plaintiff, )<br> ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORTHEAST OHIO CORRECTIONAL, )<br>CENTER, *et al.*, ) | **ORDER** |
| Defendants. ) | [Resolving ECF No. 13] |

Pending before the Court is Plaintiff's third Motion to Reschedule Telephonic Case Management Conference.  ECF No. 13.  It appearing that there is no perfectly compatible time to conduct this important proceeding, Plaintiff's third motion to reschedule is denied.  Plaintiff's counsel has sufficient notice to adjust his travels, as required to allow him to safely participate for what will be no longer than  30-60 minutes.

The Telephonic Case Management Conference Scheduling Order will proceed on April 10, 2023 at 2:00 p.m.  As a reminder, the Court requires personal participation of all parties at the Case Management Conference, even when the conference is telephonic.

IT IS SO ORDERED.

| | |
|---|---|
| March 24, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |