PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK D. MURPHY, | ) | |
| | ) | CASE NO.  4:22-CV-1936 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORTHEAST OHIO CORRECTIONAL, | ) | |
| CENTER, *et al.*, | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 15] |

Pending before the Court is Plaintiff's Motion for Leave to Amend Complaint.  ECF No. 15.  Plaintiff's Motion (ECF No. 15) is denied to the extent it pertains to ECF No. 15-1 or ECF No. 19.  ECF No. 15-1 and ECF No. 19 are insufficiently amended.  Therefore, ECF No. 19 is stricken.[1]

In accordance with the Case Management Conference Order, Plaintiff has until April 30, 2023 to file an appropriately amended complaint with a certification that such complaint was discussed with defense counsel prior to it being filed.  ECF No. 18 at PageID #: 79.

Parties are expected to comply with the Orders of the Court, including the Case Management Conference Order (ECF No. 18), throughout this litigation.  Failure to do so, will

---

[1] Given that it has not been filed, the Court need not strike ECF No. 15-1.

(4:22-CV-1936)

lead to consequences, including dismissal of the case and/or imposition of sanctions.

      IT IS SO ORDERED.


April 13, 2023                                         */s/ Benita Y. Pearson*
Date                                                 Benita Y. Pearson
                                                    United States District Judge