### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| FRANK D. MURPHY | ) | Case No. 4:22-CV-1936 |
| | ) | |
| Plaintiff | ) | Judge Benita Y. Pearson |
| vs. | ) | |
| | ) | ***PLAINTIFF'S MOTION FOR*** |
| | ) | ***LEAVE TO AMEND COMPLAINT,*** |
| NORTHEAST OHIO | ) | ***AND*** |
| CORRECTIONAL CENTER, et al | ) | ***TO FILE HIS AMENDED COMPLAINT,*** |
| | ) | ***INSTANTER*** |
| Defendants | ) | |

Pursuant to Civil Rule 15(a) and (c) and with opposing party's attached written consent, Plaintiff moves the Court for leave to amend his Complaint, therein substituting CoreCivil, Inc., dba, "Northeastern Ohio Correctional Center" for "Northeast Ohio Correctional Center" as the proper party Defendant; and to file his accompanying Amended Complaint, instanter.

As grounds, Plaintiff states that his motion is made in good faith, without undue delay or prejudice to the Defendant; and as a matter of mistaken identity of the real party in interest.

Justice requires that the requested leave be freely allowed so that the respective parties can be properly identified, joined and have their respective claims and defenses determined in a single action.

GUARNIERI & SECREST

/s/Michael D. Rossi_____
MICHAEL D. ROSSI (#0005591)
151 E. Market St.
P.O. Box 4270
Warren, OH 44482
Tel:  (330) 393-1584
Fax:  (330) 395-3831
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2023 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to all parties by operation to the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Michael D. Rossi_____
MICHAEL D. ROSSI
Attorney for Plaintiff