PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FRANK D. MURPHY,                          )
                                          )   CASE NO.  4:22-CV-1936
                    Plaintiff,            )
                                          )
              v.                          )   JUDGE BENITA Y. PEARSON
                                          )
NORTHEAST OHIO CORRECTIONAL,              )
CENTER, *et al.*,                         )   **ORDER**
                    Defendants.           )   [Resolving ECF No. 21]


Pending before the Court is Plaintiff's second Motion for Leave to Amend Complaint. ECF No. 21.  Defendants do not object to this Motion.  *See* ECF No. 21-1 at PageID #: 88. Federal Rule of Civil Procedure 15 provides, "[A] party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires."  Fed. R. Civ. P. 15(a)(2).  Given the opposing party's written consent and the timely filing of this Motion in accordance with the Case Management Conference Order (ECF No. 18),  Plaintiff's Motion (ECF No. 21) is granted.


        IT IS SO ORDERED.


 April 19, 2023                                */s/ Benita Y. Pearson*
 Date                                           Benita Y. Pearson
                                                United States District Judge