PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK D. MURPHY, | ) | |
| | ) | CASE NO.  4:22CV1936 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORTHEAST OHIO CORRECTIONAL | ) | |
| CENTER ("NEOCC"), *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| DOW R. HUFFMAN, | ) | |
| | ) | CASE NO.  4:23CV0043 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORTHEAST OHIO CORRECTIONAL | ) | |
| CENTER ("NEOCC"), *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

Given the Order consolidating *Huffman v. Northeast Ohio Correctional Center*, Case No.

4:23-cv-0043, with *Murphy v. Northeast Ohio Correctional Center*, No. 4:22-cv-1936, the

Telephonic Status Conference set for August 23, 2023, in *Huffman*, is cancelled.  *See* Order at

ECF No. 35 in No. 4:22CV1936.

(4:22CV1936 and 4:23CV0043)


The parties in *Huffman* are hereby ordered to comply with the Case Management schedule set forth in *Murphy v. Northeast Ohio Correctional Center*, No. 4:22CV1936.  *Id.* Counsel is reminded that strict adherence to all case management dates is expected.


IT IS SO ORDERED.


   August 17, 2023         /s/ Benita Y. Pearson
Date                                      Benita Y. Pearson
                                              United States District Judge